# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **No. 22-4368** |
| **SYDNI FRAZIER** | **:** | |

## MOTION FOR LEAVE TO FILE AN OVERSIZED APPENDIX

Appellant, through counsel, respectfully moves this Court to allow the filing of an oversized appendix. In support he states the following.

Local Rule 32(a) provides in relevant part: No joint appendix in a court-appointed case should exceed 500 pages without advance permission from the Court; unless such permission is granted, reimbursement of copy expenses will be limited to 500 pages.

The parties in this case had several discussions concerning what should be included in the joint appendix. Given the nature of the case and the issues raised, the parties came to an agreement as to the contents of the joint appendix. The contents of the joint appendix totals 733 pages.

Appellant submits that all pages in the joint appendix are necessary for each party to be able to adequately discuss the issues with appropriate references to the record.

Respectfully submitted,

/s/_____
Christopher M. Davis

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, D.C. 20004
202-234-7300

*Counsel for Sydni Frazier*


CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served upon all counsel of record via the Court's CM/ECF System on this 18th day of May 2023.


/s/_____
Mary E. Davis