FILED: June 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4368
(1:16-cr-00267-CCB-25)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SYDNI FRAZIER, a/k/a Sid, a/k/a Perry

    Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the response brief absent a showing of extraordinary circumstances.

Response brief due: 07/17/2023

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk